# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | |
| **VAN N. EPPS** | : | **NO. 12-150** |

# O R D E R

**AND NOW**, this 10th day of December, 2012, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements and Request for a Franks Hearing (Document No. 47, filed October 5, 2012), Government's Response to the Defendant's Motion to Suppress Evidence and Request for <u>Franks</u> Hearing (Document No. 55, filed November 16, 2012), and the Government's letter dated December 5, 2012[1], following a Hearing on December 3, 2012, for the reasons set forth in the Memorandum dated December 10, 2012, **IT IS ORDERED** that Defendant's Motion to Suppress Physical Evidence and Statements and Request for a Franks Hearing is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
**JAN E. DuBOIS, J.**

---

[1] A copy of the Government's letter dated December 5, 2012 shall be docketed by the Deputy Clerk.